ANN O'FARRELL, as Administratrix of PATRICK O'FARRELL, Deceased, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

*O'Farrell* v. *Metropolitan Life Ins. Co.,* 44 App. Div. 554, affirmed.
(Argued June 14, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

December 2, 1899, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Seward A. Simons* and *C. N. Bovee, Jr.*, for appellant.

*Wood & Morschauser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: BARTLETT, HAIGHT, VANN and LANDON, JJ. Dissenting: PARKER, Ch. J., and O'BRIEN, J. Not sitting: CULLEN, J.